## Laskowsky, Appellant, v. Bankers Life & Casualty Company.

Argued December 15, 1966. *W. J. Krencewicz,* for appellant; *E. Mac Troutman,* with him *Robert M. Zimmerman,* for appellee.

Judgment affirmed.

## McCleary v. McCleary, Appellant.

Argued December 15, 1966. *Arthur Levy,* with him *McClenachan, Blumberg & Levy,* for appellant; *Garland D. Cherry,* with him *Kassab, Cherry, Curran & Archbold,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WRIGHT, J., dissented.